IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BLANCHIE J. THORNTON                                                                             PLAINTIFF

v.                                            CIVIL ACTION NO. 3:01-CV-955HTW-LRA

MISSISSIPPI DEPARTMENT OF
CORRECTIONS, ET AL.                                                                              DEFENDANTS

## FINAL JUDGMENT

Before this court is the motion of the defendants for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendants is well taken and should be granted. The Order Granting Summary Judgment entered by this court on March 31, 2008, is incorporated by reference. For the reasons assigned in the court's Order Granting Summary Judgment, the court concludes that judgment should be entered in favor of the defendants and against the plaintiff and that the defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Order Granting Summary Judgment at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 31st day of March, 2008.**

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE